# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2040 Disciplinary Docket No. 3 |
| | : |
| BENOIT OTIS BROOKENS, II | : Board File No. C3-13-26 |
| | : |
| | : (Superior Court of the District of Columbia, |
| | : Case No. 2011 CCC 10, PDID No. |
| | : 531998) |
| | : |
| | : Attorney Registration No. 20284 |

## O R D E R

**PER CURIAM:**

AND NOW, this 14th day of August, 2014, a Rule having been entered by this Court on April 24, 2014, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Benoit Otis Brookens, II, to show cause why he should not be placed on temporary suspension and, upon consideration of the responses filed, the request for oral argument is denied and it is hereby

ORDERED that the Rule is made absolute; Benoit Otis Brookens, II, is placed on temporary suspension pursuant to Rule 214(d)(2), Pa.R.D.E.; and he shall comply with all the provisions of Rule 217, Pa.R.D.E.